NOTTINGHAM DEVELOPERS, INC. *v.* ZONING BOARD OF APPEALS OF THE CITY OF GROTON

The defendant's petition for certification for appeal from the Court of Common Pleas in New London County is denied.

*James F. Brennan, Jr.,* in support of the petition.

Submitted November 9—decided November 22, 1972

RICHARD BEIT ET AL. *v.* COUNCIL OF THE CITY OF NEW LONDON, ACTING AS THE ZONING BOARD OF APPEALS

The plaintiffs' petition for certification for appeal from the Court of Common Pleas in New London County is denied.

*John A. McGarry,* in support of the petition.

Submitted November 13—decided November 22, 1972

MILWOOD, INC. *v.* PLANNING AND ZONING BOARD OF THE TOWN OF MILFORD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*George Jaser* and *Charles G. Albom,* in support of the petition.

Submitted November 15—decided November 22, 1972

ROY GOODRICH *v.* BOARD OF ZONING APPEALS OF THE TOWN OF WALLINGFORD ET AL.

The petition by the defendant Food Mart of Wallingford, Inc., for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*I. Milton Widem,* in support of the petition.

Submitted November 15—decided November 22, 1972